# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

Mr. Jaelan Jackson,
*Plaintiff*

v.

C.O. Williams *Correctional Officer in his/her individual and official capacity*; Sheriff Anthony Dennis *in his individual and official capacity*; Capt. Blanding *in his/her individual and official capacity*,
*Defendants*

)
)
)
)
)

Civil Action No.　　1:19-cv-02382-DCN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Mr. Jaelan Jackson, shall take nothing of the defendants, C.O. Williams *Correctional Officer in his/her individual and official capacity*, Sheriff Anthony Dennis *in his individual and official capacity* and Capt. Blanding *in his/her individual and official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable David C. Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:  October 16, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker
_____
*Signature of Clerk or Deputy Clerk*